UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BUSTO TORRES,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant(s). | Case No.: 2:21-cv-00556-MCE-DB<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

Having reviewed the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, Plaintiff's lawsuit is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.  Since this matter is now resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: December 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -

ORDER